# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1241
L.T. Case No. 16-2007-CF-004194-A

_____

DEMETRY LEWIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Demetry Lewis, Jasper, pro se.

No Appearance for Appellee.

June 23, 2026

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____